IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GS HOLISTIC, LLC. | * | CASE NO. 2:23-CV-3752 |
| Plaintiffs, | * | JUDGE WALTER H. RICE |
| vs. | * | |
| HARI PRABODHAM LLC, d/b/a CIRCLE SMOKE SHOP and DEVESH TANK, | * * | |
| Defendants. | * | |

### ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

Walter H. Rice
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT